No. 1018. ORINOCO COMPANY, LIMITED, ET AL. *v.* ORINOCO IRON COMPANY. Appeal from the Court of Appeals of the District of Columbia. May 12, 1924. Docketed and dismissed with costs, on motion of *Mr. William R. Harr* and *Mr. Edward S. Duvall* for appellee. *Mr. George N. Baxter* for appellants.

---

No. 867. S. H. KRESS & COMPANY ET AL. *v.* BESSIE LEE CROSBY. Error to the Supreme Court of the State of Mississippi. May 12, 1924. Dismissed with costs, on motion of *Mr. Wade H. Ellis* and *Mr. Thomas J. Wills* for plaintiffs in error. *Mr. J. W. Cassedy* and *Mr. Clayton D. Potter* for defendant in error.

---

No. 488. MARGARET C. LYNCH, EXECUTRIX, ETC. *v.* CLARA B. CONGDON ET AL., EXECUTORS, ETC. Error to the District Court of the United States for the District of Minnesota. May 26, 1924. Dismissed with costs, on motion of *Mr. Solicitor General Beck* in behalf of plaintiff in error. *Mr. A. L. Agatin* and *Mr. Francis A. De Groat* for defendants in error.

---

No. 993. UNITED STATES *v.* WASHINGTON MARKET COMPANY. On petition for a writ of certiorari to the Court of Appeals of the District of Columbia. May 26, 1924. Dismissed, on motion of *Mr. Solicitor General Beck* for the United States. *Mr. Charles A. Douglas* and *Mr. Alexander Wolf* for respondent.

---

No. 407. ARKANSAS NATURAL GAS COMPANY *v.* W. N. McFARLAND, SUPERVISOR OF PUBLIC ACCOUNTS. Error to the Supreme Court of the State of Louisiana. May 26, 1924. Dismissed per stipulation. *Mr. W. B. Smith* and *Mr. W. M. Phillips* for plaintiff in error. *Mr. A. V. Coco, Mr. Harry P. Sneed* and *Mr. S. L. Herold* for defendant in error.